1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999
4

5  Attorney for the Material Witness

6

FILED

2007 APR 17 PM 4: 31

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

7                  UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9            (HONORABLE CATHY ANN BENCIVENGO)

10 | UNITED STATES OF AMERICA,     )   Magistrate Case No. 07cr0038-BEN
                                   )
11 |            Plaintiff,         )
   |    v.                         )
12 |                               )   ORDER TO EXONERATE THE
   |                               )   APPEARANCE BOND FOR THE
13 | DASAEB CUENCA-MIRANDA,        )   MATERIAL WITNESS AND
   |                               )   DISBURSE REGISTRY FUNDS
14 |            Defendant.         )

15                       **ORDER**

16     IT IS HEREBY ORDERED that the personal surety bond which secured the presence of

17 material witness, Vanessa Mondragon-Cortes [A94-951-335], is exonerated.

18

19     IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00

20 held in the Registry of the Court to the Surety. The current address of the surety is noted below:

21                  Maria Loeza
                    960 McLaughlin St.
22                  Richmond, CA 94805
                    S.S.# XXX-XX-4347
23

24

25 DATED: ___4/13/07___

26                              The Honorable Cathy Ann Bencivengo
                                United States Magistrate Judge
27

28