1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999
4

5  Attorney for the Material Witness

6

7               UNITED STATES DISTRICT COURT

8               SOUTHERN DISTRICT OF CALIFORNIA

9               (HONORABLE CATHY ANN BENCIVENGO)

10 UNITED STATES OF AMERICA,        )   Magistrate Case No. 07cr0038-BEN
                                    )
11              Plaintiff,          )
         v.                         )
12                                  )   ORDER TO EXONERATE THE
                                    )   APPEARANCE BOND FOR THE
                                    )   MATERIAL WITNESS AND
13 DASAEB CUENCA-MIRANDA,           )   DISBURSE REGISTRY FUNDS
                                    )
14              Defendant.          )

15                          **ORDER**

16    IT IS HEREBY ORDERED that the personal surety bond which secured the presence of
17 material witness, Gabriela Villa-Ortiz [A94-951-336], is exonerated.

18

19    IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00
20 held in the Registry of the Court to the Surety. The current address of the surety is noted below:

21              Daniel Vaca
                84088 Calendula Ave.
22              Coachella, CA 92236
                S.S.# XXX-XX-5426
23

24

25 DATED: 4/13/07

                                        The Honorable Cathy Ann Bencivengo
26                                      United States Magistrate Judge

27

28

FILED
2007 APR 17  PM 4:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY