1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999
4
5  Attorney for the Material Witness

FILED

2007 APR 17 PM 4: 31

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

6

7                UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9                (HONORABLE CATHY ANN BENCIVENGO)

10 | UNITED STATES OF AMERICA,        ) | Magistrate Case No. 07cr0038-BEN
11 |                                   )
   |            Plaintiff,             )
   | v.                                ) | ORDER TO EXONERATE THE
12 |                                   ) | APPEARANCE BOND FOR THE
   |                                   ) | MATERIAL WITNESS AND
13 | DASAEB CUENCA-MIRANDA,            ) | DISBURSE REGISTRY FUNDS
   |                                   )
14 |            Defendant.             )

15                        **ORDER**

16    IT IS HEREBY ORDERED that the personal surety bond which secured the presence of

17 material witness, Silvia Magallon-Magallon [A94-951-337], is exonerated.

18

19    IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00

20 held in the Registry of the Court to the Surety. The current address of the surety is noted below:

21         Alicia Magallon
           21813 Clarkdale Ave.
22         Hawaiian Gardens, CA 90716
           S.S.# XXX-XX-7769
23

24

25 DATED: __4/13/07__

       _____
       The Honorable Cathy Ann Bencivengo
26     United States Magistrate Judge

27

28